# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2014

## NO. 03-11-00475-CR

**Patrick Marshall, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED – OPINION BY JUSTICE PEMBERTON;
CONCURRING AND DISSENTING OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction for the offense of aggravated assault with a deadly weapon, trial court cause number CR-10-0943 (appellate cause number 03-11-00475-CR). Because appellant is indigent and unable to pay costs, no adjudication of costs is made.